Harold Brown *vs.* Board of Assessors of Brookline. Reported below: 43 Mass. App. Ct. 327 (1997).

Stanley U. Robinson, Third, *vs.* Harry Scheuer. Reported below: 42 Mass. App. Ct. 1119 (1997).

October 23, 1997

*Further appellate review denied:*

City of Cambridge *vs.* Civil Service Commission & another. Reported below: 43 Mass. App. Ct. 300 (1997).

Commonwealth *vs.* George Barbosa, Jr. Reported below: 43 Mass. App. Ct. 1111 (1997).

Commonwealth *vs.* Louis Carrillio. Reported below: 43 Mass. App. Ct. 1105 (1997).

Commonwealth *vs.* Hector Casanova. Reported below: 43 Mass. App. Ct. 1108 (1997).

Commonwealth *vs.* James F. Connors, Jr. Reported below: 43 Mass. App. Ct. 1109 (1997).

Commonwealth *vs.* Lisa Crowley (and two companion cases). Reported below as Commonwealth *vs.* James Crowley (and eight companion cases): 43 Mass. App. Ct. 919 (1997).

Commonwealth *vs.* John DesMarais. Reported below: 43 Mass. App. Ct. 1110 (1997).

Commonwealth *vs.* Gerald Hamilton. Reported below: 43 Mass. App. Ct. 1109 (1997).

Commonwealth *vs.* James Lee. Reported below: 42 Mass. App. Ct. 1117 (1997).

COMMONWEALTH *vs.* LEONARD MONIZ. Reported below: 43 Mass. App. Ct. 913 (1997).

COMMONWEALTH *vs.* SAVEAN LY. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* NORMAN M. SILVIA, SECOND. Reported below: 43 Mass. App. Ct. 1111 (1997).

COMMONWEALTH *vs.* RICHARD ST. GERMAINE. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* ALFONSO WILLIAMS. Reported below: 43 Mass. App. Ct. 1108 (1997).

KIMBERLY DRAPER *vs.* KIDS "R" US. Reported below: 43 Mass. App. Ct. 1109 (1997).

EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD. & others *vs.* HOECHST CELANESE CORPORATION. Reported below: 43 Mass. App. Ct. 465 (1997).

MARK LEVY, trustee, *vs.* PATRICIA REARDON, trustee, & others. Reported below: 43 Mass. App. Ct. 431 (1997).

QUENTIN MILES *vs.* COMMISSIONER OF INSURANCE & others. Reported below: 43 Mass. App. Ct. 1107 (1997).

ADE G. OYEGBOLA *vs.* EUGENE A. DeSIMONE & another. Reported below: 43 Mass. App. Ct. 1112 (1997).

TOWN OF SWANSEA *vs.* CONTRIBUTORY RETIREMENT APPEAL BOARD & others. Reported below: 43 Mass. App. Ct. 402 (1997).

PAUL W. TUNNICLIFF *vs.* DEPARTMENT OF EMPLOYMENT & TRAINING. Reported below: 35 Mass. App. Ct. 945 (1994).


October 28, 1997

*Further appellate review granted:*